50529. CITY OF COLUMBUS v. WASHINGTON et al.

STOLZ, Judge.

This case is a cross appeal by the City of Columbus, the main appeal being case no. 50504, ante. The main appeal having been decided in favor of the City of Columbus, this cross appeal is moot.

*Cross appeal dismissed. Bell, C. J., Pannell, P. J., Deen, P. J., Quillian, Clark, Webb and Marshall, JJ., concur. Evans, J., dissents.*

ARGUED APRIL 29, 1975 — DECIDED
OCTOBER 30, 1975.

*Lennie F. Davis, E. H. Polleys, Jr.,* for appellant.
*Glenville Haldi, Hatcher, Stubbs, Land, Hollis & Rothschild, Albert W. Stubbs,* for appellees.